# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | SENTENCING MINUTES |
| ROBERT HAMILTON | Case No. 20-cr-0196-bhl-4 |

| | | |
|---|---|---|
| HONORABLE BRETT H. LUDWIG presiding | Time Called: | 10:05 a.m. |
| Proceeding Held: 6/22/2021 | Time Concluded: | 10:48 a.m. |
| Deputy Clerk: Kristine B. | Court Reporter: | J. Schindhelm |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Laura Connelly |
| ROBERT HAMILTON in person and by: | Stephen M. Govin |
| US PROBATION OFFICE by: | Maria J. Mahmoudi |

The parties have no objections to the factual statements in the PSR or the application of the guidelines to the PSR.

The Court adopts the factual statements and guideline application as set forth in the PSR, subject to an immaterial correction to an offense citation and defense counsel's comments regarding the defendant's loan eligibility.

The Court also imposes a below-guideline sentence for the reasons stated on the record.

- ☒ The government presents sentencing argument: low end of guideline range, 2 years supervised release, and pay $155,000 restitution.
- ☒ Defendant exercises right of allocution.
- ☒ The government dismisses count(s) 7,8.
- ☒ The defendant presents sentencing argument: below guideline sentence that includes home detention.
- ☒ The court imposes sentence.
- ☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** 6 Months as to Count(s) 3 of the Indictment

**Supervised** 2 Years as to Count(s) 3 of the Indictment

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00 due immediately

**Fine:** $ ☒ fine waived

**Restitution:** $ 155,000.00 ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☒ Restitution is **joint and several** with Thomas Smith (20-cr-0196-1) and Stephen Smith (20-cr-0196-2).

**CUSTODY**

☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office.

**RECOMMENDATIONS**

☒ The Court recommends the defendant's placement at a federal detention facility close to his personal residence.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.

☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.