UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                      Case No. 20-cr-0196-bhl-4

ROBERT HAMILTON,

        Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION FOR RETURN OF PASSPORT AND AUTHORIZING CLERK OF COURT TO RELEASE PASSPORT

---

On December 3, 2021, Robert Hamilton filed a motion for the return of his passport. (ECF No. 177.) On December 7, 2021, the government responded, stating that it did not oppose the motion and reporting that the probation office did not take a position on the matter. (ECF No. 179.) Accordingly,

IT IS ORDERED that the Defendant's Motion for Return of Passport (ECF No. 177) is GRANTED. The Clerk of Court is authorized to release the passport held as bail for Robert Hamilton and shall return it to the address reflected in the defendant's motion.

Dated at Milwaukee, Wisconsin on December 8, 2021.

                                                                  s/ *Brett H. Ludwig*
                                                                  BRETT H. LUDWIG
                                                                  United States District Judge